IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                          CASE NO.: 1:03cr64-SPM

RAY SCOTT WESNER,

       Defendant.
_____/

## ORDER TERMINATING SUPERVISED RELEASE

This cause comes before the Court on Defendant's Motion for Early Termination of Supervised Release (doc. 33).  Defendant has been on supervised for three years, during which time he has complied with all conditions.  The probation office and the Government were advised of the motion and offer no objection.  The Court finds that early termination is warranted by the conduct of Defendant and in the interest of justice.  18 U.S.C. § 3583(e)(1); Fed. R. Crim. P. 32.1(c)(2)(B).  Accordingly, it is

ORDERED AND ADJUDGED that Defendant's motion (doc. 33) is granted.  Defendant's term of supervised is terminated and Defendant is discharged.

DONE AND ORDERED this 3rd day of September, 2008.

                                         *s/ Stephan P. Mickle*
                                         Stephan P. Mickle
                                         United States District Judge